IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. GULLETTE,<br><br>    Plaintiff,<br><br>  v.<br><br>PATRICK R. DONAHOE, Postmaster General of the United States Postal Service,<br><br>    Defendant._____/ | No. C 12-0490 CW<br><br>JUDGMENT |

    For the reasons set forth in this Court's Order Granting Motion to Dismiss,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff Patricia A. Gullette take nothing, that the action be dismissed with prejudice on the merits, and that each party bear their own costs of action.

    Dated at Oakland, California, this 27th day of April, 2013.

RICHARD W. WIEKING
Clerk of Court



By: _____

Deputy Clerk