**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA A. GULLETTE,                                    No. C 12-0490 CW

       Plaintiff,                                    JUDGMENT

   v.

PATRICK R. DONAHOE, Postmaster
General of the United States Postal
Service,

       Defendant.
_____/


   For the reasons set forth in this Court's Order Granting
Motion to Dismiss,

   IT IS ORDERED AND ADJUDGED

   That Plaintiff Patricia A. Gullette take nothing, that the
action be dismissed with prejudice on the merits, and that each
party bear their own costs of action.

   Dated at Oakland, California, this 27th day of April, 2013.



                  RICHARD W. WIEKING
                  Clerk of Court


        By: _____

           Deputy Clerk